IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITAS RECEIVABLES TRUSTEE (Pvt.) LTD and SUMITOMO MITSUI<br><br>Plaintiff,<br><br>v.<br><br>HANJIN SHIPPING CO. LTD. and EACH CONTAINER Leased Pursuant to<br><br>Defendant. | CASE NO. CV 10 2490 MEJ<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>E-filing |

J. Stephen Simms, whose business address and telephone number is

SIMMS SHOWERS, LLP, 20 S. Charles Street, Suite 702
Baltimore, Maryland 21201, Telephone 410-783-5795

and who is an active member in good standing of the bar of D. C. Court of Appeals

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 0 7 2010

United States District Judge