IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITAS RECEIVABLES TRUSTEE (Pvt.) LTD and SUMITOMO MITSUI

Plaintiff,

v.

HANJIN SHIPPING CO. LTD. and EACH CONTAINER Leased Pursuant to

Defendant.

Case No. 10 2490

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

E-filing

W. Charles Bailey, Jr. , whose business address and telephone number is

SIMMS SHOWERS, LLP, 20 S. Charles Street, Suite 702
Baltimore, Maryland 21201, Telephone 410-783-5795

and who is an active member in good standing of the bar of D. C. Court of Appeals having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 0 7 2010

_____
United States District Judge