JOSHUA E. KIRSCH (179110)
JENNIFER T. SANCHEZ (191548)
FRANK H. KIM (264609)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 348-6000
Facsimile:   (415) 348-6001
Email:   jkirsch@gibsonrobb.com
         jsanchez@gibsonrobb.com
         fkim@gibsonrobb.com

E-filing

Attorneys for Plaintiffs
UNITAS RECEIVABLES TRUSTEE (Pvt.) LIMITED and
SUMITOMO MITSUI BANKING CORPORATION EUROPE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITAS RECEIVABLES TRUSTEE (Pvt.) LIMITED,<br><br>and<br><br>SUMITOMO MITSUI BANKING CORPORATION EUROPE LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>HANJIN SHIPPING CO. LTD.,<br><br>Defendant IN PERSONAM,<br><br>and<br><br>EACH CONTAINER, Leased Pursuant to Any Lease Between Unitas Finance (Ireland), Ltd. its affiliates, successors, and/or assigns in interest and Hanjin Shipping Co., Ltd. and its affiliates, successors, or assigns in interest,<br><br>Defendant IN REM. | Case No.: CV 10 2490 JSW<br><br>[PROPOSED] ORDER DIRECTING THE ISSUANCE OF WARRANT FOR ARREST (SUPPLEMENTAL RULE D, MARINE CONTAINERS) |

1	Upon consideration of the verified complaint for issue of a warrant of arrest filed herein,
2	the motions for arrest and the entire record herein, this Court hereby finds that good cause for
3	granting Plaintiffs' requested relief exists and it is, therefore:

4	**ORDERED** that the Clerk issue a warrant of arrest of Containers as identified by the
5	numbers on the summary attached as Exhibit A to Plaintiffs' Complaint pursuant to Rule D of the
6	Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil
7	Procedure; and it is further

8	**ORDERED** that the warrant of arrest shall apply to each intermodal marine container
9	listed in Exhibit A hereto that is located within the jurisdictional reach of this District, including
10	each intermodal marine container located on vessels used by Defendant, its affiliates, successors,
11	assigns and/or its contracting parties; and it is further

12	**ORDERED** that defendant, including its affiliates, successors, assigns and/or its
13	contracting parties, provide to the United States Marshal promptly upon service of the warrant of
14	arrest, the manifest, or other documents which identify the container numbers and stow plan, of
15	any vessel currently located in this district sufficient for the Unite States Marshal to identify the
16	containers on board the vessel which are subject to the warrant of arrest; and it is further

17	**ORDERED** that defendant, including its affiliates, successors, assigns and/or its
18	contracting parties, will surrender any container in its possession that is within the jurisdictional
19	reach of this District on a chassis that will allow the United States Marshal or substitute
20	custodian appointed by the Court to retrieve the container, or, alternatively, the arresting party
21	will provide a chassis for receipt of containers subject to the warrant of arrest upon reasonable
22	notice from Defendant or its affiliates, successors, assigns and/or its contracting parties, which
23	notice will be at least twelve hours; it is further

24	**ORDERED** that this Order for Arrest is continuing in nature, and shall remain in effect
25	until such time as all intermodal marine containers listed in Exhibit A have been arrested by
26	Plaintiffs; and it is further

27	**ORDERED** that any person claiming an interest in the property arrested, attached or
28	garnished pursuant thereto may, upon a showing of any improper practice or a manifest want of

1  equity on the part of the Plaintiffs, be entitled to an order requiring Plaintiffs to show cause
2  forthwith why the arrest should not be vacated or other relief granted; and it is further
3      **ORDERED** that a copy of this order be attached and served with the said warrant of
4  arrest.

6  Dated: __6/7/__, 2010.

                                         _____
                                         United States District Judge

[PROPOSED] ORDER DIRECTING THE ISSUANCE OF WARRANT FOR ARREST
CASE NO. _____, OUR FILE NO. 2602.26    3