1  JOSHUA E. KIRSCH (179110)
   JENNIFER T. SANCHEZ (191548)
2  FRANK H. KIM (264609)
   GIBSON ROBB & LINDH LLP
3  100 First Street, 27th Floor
   San Francisco, California  94105
4  Telephone:   (415) 348-6000
   Facsimile:   (415) 348-6001
5  Email:       jkirsch@gibsonrobb.com
                jsanchez@gibsonrobb.com
6               fkim@gibsonrobb.com

   E-filing

7
   Attorneys for Plaintiffs
8  UNITAS RECEIVABLES TRUSTEE (Pvt.) LIMITED and
   SUMITOMO MITSUI BANKING CORPORATION EUROPE LIMITED
9

10              UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12

13  UNITAS RECEIVABLES TRUSTEE (Pvt.) )   Case No.: CV 10 2490 JSW
14  LIMITED,                           )
                                       )   [PROPOSED] ORDER FOR
15      and                            )   APPOINTMENT OF SUBSTITUTE
                                       )   CUSTODIAN
16  SUMITOMO MITSUI BANKING            )
    CORPORATION EUROPE LIMITED,        )
17                                     )
            Plaintiffs,                )
18                                     )
        vs.                            )
19                                     )
    HANJIN SHIPPING CO. LTD.,          )
20                                     )
            Defendant IN PERSONAM,     )
21                                     )
        and                            )
22                                     )
    EACH CONTAINER, Leased Pursuant to )
23  Any Lease Between Unitas Finance   )
    (Ireland), Ltd. its affiliates, successors, )
24  and/or assigns in interest and Hanjin )
    Shipping Co., Ltd. and its affiliates, )
25  successors, or assigns in interest, )
                                       )
26          Defendant IN REM.          )
                                       )
27  _____ )

28

---

[PROPOSED] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN
CASE NO. _____, OUR FILE NO. 2602.26

1  Plaintiffs having appeared and made the following recital:

2  1.  On June 7, 2010 the complaint herein was filed with a request for the arrest of
3  intermodal marine containers pursuant to Federal Rules of Civil Procedure, Supplemental Rule D
4  for Certain Admiralty and Maritime Actions.

5  2.  The Clerk of this Court was requested to issue a warrant of arrest commanding the
6  United States Marshal for this District to arrest and take into the custody the intermodal marine
7  containers.

8  3.  It is contemplated that the United States Marshal will be able to seize the
9  intermodal marine containers. Custody of the intermodal marine containers will require the
10  services of one or more keepers.

11  4.  In the interest of allowing the intermodal marine containers to remain in the hands
12  of competent persons and to save unnecessary expenses, Plaintiffs wish to have the Court appoint
13  Fast Lane Transportation, Inc., as substitute custodian of the intermodal marine containers.

14  5.  Plaintiffs, in consideration of the Marshal's consent to the substitution of custody
15  of the intermodal marine containers, agree to release the United States and the Marshal from any
16  and all liability and responsibility arising out of the care and custody of the intermodal marine
17  containers from the time the Marshal transfers custody of said items over to the substitute
18  custodians, and Plaintiffs further agree to hold harmless and indemnify the United States and the
19  Marshal from any and all claims whatsoever arising out of the substitute custodian's possession
20  and safekeeping of the intermodal marine containers.

21  6.  THEREFORE, IT IS HEREBY ORDERED that the United States Marshal be
22  authorized and directed to surrender the possession and custody of the intermodal marine
23  containers to the Substitute Custodian and that upon such surrender the Marshal shall be
24  discharged from his or her duties and responsibilities for the safekeeping of those items and held
25  harmless for any and all claims arising whatever out of said substituted possession and
26  safekeeping of the items.

27  7.  IT IS FURTHER ORDERED that the intermodal marine containers may be
28  moved from the location of arrest to the premises of the Substitute Custodian and to such further

1  premises as the Substitute Custodian may direct, within this District, in order to reduce costs and
2  accommodate the orderly business of the Port.

4  Dated: __6/7/10__, 2010.

_____
United States District Judge